## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Criminal No. 06-19-P-S & 06-26-P-S |
| ) | |
| RICHARD DIMOTT   ) | |

## SPEEDY TRIAL ORDER

This matter comes before the Court upon Defendant's motion to continue trial. Defendant requested an additional period of time, from March 1, 2007 to April 2, 2007, to consult with counsel following the Court's recent denial of his motion to suppress. Defendant waived his rights under the Speedy Trial Act for the requested time period. The Government offered no objection.

After full consideration of the representations of the parties and after full consideration of the record in this case, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(8)(B), the Court can and does find that the ends of justice served by the requested enlargement outweigh the interests of the public and of Defendant in a speedy and public trial.

**IT IS HEREBY ORDERED THAT:**
1. Defendant's Motion is hereby **GRANTED**.
2. The time period between March 1, 2007 and April 2, 2007 is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161. **SO ORDERED.**

Dated at Portland, Maine, this 1st day of March, 2007

/s/ George Z. Singal
U.S. District Judge